AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:19-cv-04241 |
| Facebook, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintif, U.S. Securities and Exchange Commission.

Date:   03/30/2022

s/Susan S. Pecaro
*Attorney's signature*

Susan S. Pecaro (DC Bar No. 318576)
*Printed name and bar number*
U.S. Securities and Exchange Commission
100 F St. NE
Washington, DC 20549-5876

*Address*

Pecaros@SEC.gov
*E-mail address*

(202) 551-4489
*Telephone number*

(301) 623-1188
*FAX number*