MICHAEL S. LIM (Va. Bar No. 76385)
limm@sec.gov
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F St, NE
Washington, D.C. 20549-5876
(202) 551-4659

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> FACEBOOK, INC. <br><br> Defendant. | Case No. 3:19-cv-04241-JD <br><br> **ORDER TO APPROVE DISTRIBUTION PLAN** |

The Court, having reviewed the Plaintiff's Motion for an Order Approving the Distribution Plan ("Motion"), the Memorandum of Law in Support, and the proposed Distribution Plan and for good cause shown, grants the Motion and approves in its entirety the Distribution Plan attached hereto. The Distribution Plan shall govern the administration and distribution of the Fair Fund previously established by Order dated August 17, 2020.

**IT IS SO ORDERED.**

Dated: 4/25/22

UNITED STATES DISTRICT JUDGE
Hon. James Donato

SEC v. FACEBOOK, INC.    1    SECURITIES AND EXCHANGE COMMISSION
100 F ST, NE
WASHINGTON, DC 20549-5876
(202) 551-4659