Case 3:19-cv-04241-JD   Document 21     Filed 04/26/22   Page 1 of 2
Case 3:19-cv-04241-JD   Document 16-2   Filed 03/24/22   Page 1 of 2
**CHAMBER'S COPY - DO NOT FILE**

MICHAEL S. LIM (Va. Bar No. 76385)
limm@sec.gov
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F St, NE
Washington, D.C. 20549-5876
(202) 551-4659

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.<br><br>Defendant. | Case No. 3:19-cv-04241-JD<br><br>**ORDER TO PAY FEES AND EXPENSES OF DISTRIBUTION AGENT AND APPROVE FUTURE FEES AND EXPENSES** |

The Court, having reviewed Plaintiff Securities and Exchange Commission's (the "SEC" or "Commission") Notice and Motion for an Order (1) Paying fees and expenses of Distribution Agent and (2) Authorizing payment of future administration fees and expenses from the Fair Fund without further Court Order, and the supporting Exhibit A, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Motion is **GRANTED**;
2. The Commission shall pay $37,125.76 in fees and expenses of the Distribution Agent for services performed January 2021 through December 2021 as provided in Exhibit A to the Motion;

Case 3:19-cv-04241-JD Document 21 Filed 04/26/22 Page 2 of 2
Case 3:19-cv-04241-JD Document 16-2 Filed 03/24/22 Page 2 of 2
**CHAMBER'S COPY - DO NOT FILE**

3. Commission staff is authorized to approve and arrange payment of all future fees and expenses of the Distribution Agent directly from the Fair Fund without further order of this Court.

**IT IS SO ORDERED.**

Dated: 4/25/22

_____
UNITED STATES DISTRICT JUDGE
Hon. James Donato