MICHAEL S. LIM (Va. Bar No. 76385)
limm@sec.gov
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F St, NE
Washington, D.C. 20549
(202) 551-4659

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.<br><br>Defendant. | Case No. 3:19-cv-04241-JD<br><br>**ORDER REGARDING SEC ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**[RE: NOTICE OF MOTION AND MOTION TO PAY FEES AND EXPENSES OF DISTRIBUTION AGENT, AND AUTHORIZE THE SEC TO APPROVE THE PAYMENT OF FUTURE FEES AND EXPENSES]** |

Having reviewed Plaintiff SEC's Administrative Motion to File Under Seal and the Declaration of Brendan Manfreda in support thereof, the Court ORDERS that:

The following portions of Exhibit A of Plaintiff Securities and Exchange Commission's Motion and Memorandum of Law in Support of an Order to Pay Fees and Expenses of Distribution Agent and Authorize the SEC to Approve the Payment of Future Fees and Expenses (Dkt #16) are sealed because volume, rate, and fees would be available for any competitor of RCB Fund Services, Inc. to see, and will directly impact and undermine RCB Fund Services, Inc.'s ability to compete against the other fund administrators in

1  bidding for future cases.  In addition, there is banking information which is nonpublic personal
2  financial information.
3  .

| Exhibit A, Page Numbers | Description of Item to be Sealed | Reasoning |
|---|---|---|
| 2,3,4,5 | Volume, Rate, and Fees columns | Competitive disadvantage for RCB Fund Services, Inc. |
| 5 | Wire Information at bottom left page | Personal financial information |
| 6,7,8,9 | Volume, Rate, and Fees columns | Competitive disadvantage for RCB Fund Services, Inc. |
| 9 | Wire Information at bottom left page | Personal financial information |
| 11,12,13,14 | Volume, Rate, and Fees columns | Competitive disadvantage for RCB Fund Services, Inc. |
| 14 | Wire Information at bottom left page | Personal financial information |
| 16,17,18,19 | Volume, Rate, and Fees columns | Competitive disadvantage for RCB Fund Services, Inc. |
| 19 | Wire Information at bottom left page | Personal financial information |

**IT IS SO ORDERED.**

Dated:  4/26/2022

_____
Hon. James Donato
UNITED STATES DISTRICT JUDGE