UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | CIVIL ACTION |
| Plaintiff, | Case No.  3:19-cv-04241-JD |
| v. |  |
| **FACEBOOK, INC,** |  |
| Defendant. |  |

### THE DISTRIBUTION AGENT'S SECOND STATUS REPORT

RCB Fund Services, LLC ("RFS"), the Distribution Agent[1] in the above-captioned matter, respectfully submits this second status report, pursuant to Paragraph 91 of the Distribution Plan for the Facebook Fair Fund (the "Plan"), which was approved by this Court on April 25, 2022.  This Court's August 17, 2020 Order appointed RFS as the Distribution Agent to administer and distribute the Facebook Fair Fund (the "Fair Fund").  The Plan requires that the Distribution Agent provide to the U.S. Securities and Exchange Commission ("SEC") staff quarterly status reports for filing with the Court.  This status report details the progress that has been made from October 1, 2022 through December 31, 2022.

1. **The Distribution Agent's Progress Since This Period**

    Since the first status report, RFS has performed the following tasks:

    ➢ Pursuant to Paragraph 33 (d) of the Plan, continued to mail Plan Notices to all Preliminary Claimants known to the Distribution Agent, including banks, brokers, registrants, and other nominees in accordance with Paragraph 38 of the Plan;

    ➢ The Distribution Agent ultimately mailed nearly 800,000 notices to Preliminary Claimants after checking the National Change of Address database;

    ➢ Attempted to locate any Preliminary Claimants whose mail was returned as "undeliverable" and sent the returned mail to an updated address that was identified;

    ➢ Completed a second social media campaign through Reddit during the month of October;

---

[1] All capitalized terms not otherwise defined herein shall have the meaning provided in the Plan.

- ➢ Responded to inquiries from Preliminary Claimants and their representatives in an effort to assist them in successfully completing the claim submission process;

- ➢ Worked on a daily basis with the hundreds of banks, brokers and third-party filing firms to correct and complete the electronic submissions to the Fair Fund;

- ➢ Received 40,546 claims in paper form and through the online claim filing portal available through the Fair Fund website. In addition, the Distribution Agent received approximately 350 electronic submissions from banks, brokers and third-party filers. While the processing of the electronic submissions remains ongoing, the Distribution Agent estimates that the total claims received will be more than 625,000;

- ➢ Monitored and maintained the toll-free number, email account, and case website.

### 2. RFS's Anticipated Next Steps

After the filing of this status report, RFS expects it will continue to implement the Plan, including:

- ➢ Maintain and monitor the toll-free number, email account and case website;

- ➢ Continue to review and input claim submissions from Preliminary Claimants and their representatives;

- ➢ Correspond with Preliminary Claimants to assist them in successfully completing the claim submission process;

- ➢ Respond to inquiries from Preliminary Claimants;

- ➢ Correspond with banks, brokers and third-party filing firms to assist in the successful completion of the claim submission and deficiency cure processes; and

- ➢ RFS will file its next status report within thirty (30) days after the end of the next quarter pursuant to the Plan.

Dated:  January 20, 2023

                        Respectfully submitted,

                        By: _____/s/_____

                        Brendan J. Manfreda
                        Managing Director
                        RCB Fund Services, LLC
                        Distribution Agent
                        bmanfreda@breedenco.com