UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,   )<br>                                                                          )<br>                                  Plaintiff,            )<br>                                                                          )<br>                   v.                                                 )<br>                                                                          )<br>FACEBOOK, INC,                                             )<br>                                                                          )<br>                                  Defendant.        )<br>                                                                          ) | CIVIL ACTION<br><br>Case No.  3:19-cv-04241-JD |

### THE DISTRIBUTION AGENT'S THIRD STATUS REPORT

RCB Fund Services, LLC ("RFS"), the Distribution Agent[1] in the above-captioned matter, respectfully submits this third status report, pursuant to Paragraph 91 of the Distribution Plan for the Facebook Fair Fund (the "Plan"), which was approved by this Court on April 25, 2022.  This Court's August 17, 2020 Order appointed RFS as the Distribution Agent to administer and distribute the Facebook Fair Fund (the "Fair Fund").  The Plan requires that the Distribution Agent provide to the U.S. Securities and Exchange Commission ("SEC") staff quarterly status reports for filing with the Court.  This status report details the progress that has been made from January 1, 2023 through April 25, 2023.

1. **The Distribution Agent's Progress Since This Period**

   Since the second status report, RFS has performed the following tasks:

   ➢ The Distribution Agent received more than 640,000 claim submissions from Preliminary Claimants;

   ➢ Responded to inquiries from Preliminary Claimants and their representatives regarding the claims process;

   ➢ Worked with the hundreds of banks, brokers and third-party filing firms to correct and complete the electronic submissions to the Fair Fund;

   ➢ Continued processing of the electronic claim submissions;

   ➢ Responded to inquiries from Preliminary Claimants and their representatives;

---

[1] All capitalized terms not otherwise defined herein shall have the meaning provided in the Plan.

- Updated the Fair Fund website informing Preliminary Claimants of the claim response and current status of the case; and

- Monitored and maintained the toll-free number, email account, and case website.

**2. RFS's Anticipated Next Steps**

After the filing of this status report, RFS expects it will continue to implement the Plan, including:

- Maintain and monitor the toll-free number, email account and case website;

- Continue to review and input claim submissions from Preliminary Claimants and their representatives;

- Correspond with Preliminary Claimants to assist them during the claims process;

- Respond to inquiries from Preliminary Claimants;

- Develop the Claim Status Notice to be sent to all Preliminary Claimants advising them of the determination of eligibility of their claim;

- Correspond with banks, brokers and third-party filing firms to assist them in the claims process; and

- RFS will file its next status report within thirty (30) days after the end of the next quarter pursuant to the Plan.

Dated: April 26, 2023

Respectfully submitted,

By: _____/s/_____

Brendan J. Manfreda
Managing Director
RCB Fund Services, LLC
Distribution Agent
bmanfreda@breedenco.com