UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CIVIL ACTION |
| Plaintiff, | Case No. 3:19-cv-04241-JD |
| v. |  |
| FACEBOOK, INC, |  |
| Defendant. |  |

# THE DISTRIBUTION AGENT'S FIFTH STATUS REPORT

RCB Fund Services, LLC ("RFS"), the Distribution Agent[1] in the above-captioned matter, respectfully submits this fifth status report, pursuant to Paragraph 91 of the Distribution Plan for the Facebook Fair Fund (the "Plan"), which was approved by this Court on April 25, 2022. This Court's August 17, 2020 Order appointed RFS as the Distribution Agent to administer and distribute the Facebook Fair Fund (the "Fair Fund"). The Plan requires that the Distribution Agent provide to the U.S. Securities and Exchange Commission ("SEC") staff quarterly status reports for filing with the Court. This status report details the progress that has been made from July 20, 2023 through October 19, 2023.

1. **The Distribution Agent's Progress Since This Period**

   Since the fourth status report, RFS has performed the following tasks:

   ➢ Received and imported more than 712,000 claim submissions involving more than 40 million transactions from Preliminary Claimants;

   ➢ Reviewed and processed more than 320,000 of the claim submissions;

   ➢ Reviewed the supplemental documentation submissions provided by claimants after the initial submission of their claims;

   ➢ Responded to inquiries from Preliminary Claimants and their representatives regarding the claims process;

---

[1] All capitalized terms not otherwise defined herein shall have the meaning provided in the Plan.

- Worked with banks, brokers and third-party filing firms to correct and finalize the electronic submissions to the Fair Fund;

- Monitored and maintained the toll-free number, email account, and case website.

**2. RFS's Anticipated Next Steps**

After the filing of this status report, RFS expects it will continue to implement the Plan, including:

- Review the remaining claim submissions from Preliminary Claimants and their representatives;

- Develop and issue the Claim Status Notice to all Preliminary Claimants advising them of the determination of eligibility of their claim;

- Maintain and monitor the toll-free number, email account and case website;

- Correspond with Preliminary Claimants to assist them during the claims process;

- File the next status report within thirty (30) days after the end of the next quarter pursuant to the Plan.

Dated: October 19, 2023

Respectfully submitted,

By: _____/s/_____

Brendan J. Manfreda
Managing Director
RCB Fund Services, LLC
Distribution Agent
bmanfreda@breedenco.com