UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | CIVIL ACTION |
| Plaintiff, | Case No. 3:19-cv-04241-JD |
| v. | |
| **FACEBOOK, INC,** | |
| Defendant. | |

## THE DISTRIBUTION AGENT'S NINTH STATUS REPORT

RCB Fund Services, LLC ("RFS"), the Distribution Agent[1] in the above-captioned matter, respectfully submits this ninth status report, pursuant to Paragraph 91 of the Distribution Plan for the Facebook Fair Fund (the "Plan"), which was approved by this Court on April 25, 2022. This Court's August 17, 2020 Order appointed RFS as the Distribution Agent to administer and distribute the Facebook Fair Fund (the "Fair Fund"). The Plan requires that the Distribution Agent provide to the U.S. Securities and Exchange Commission ("SEC") staff quarterly status reports for filing with the Court. This status report details the progress that has been made from July 1, 2024 through September 30, 2024.

1. **The Distribution Agent's Progress During This Period**

    Since the eighth status report, RFS has performed the following tasks:

    - Reviewed claim submissions. RFS has now completed the review of over 702,000 claim submissions and all related supporting documentation involving more than 40 million transactions in Facebook common stock from Preliminary Claimants;

    - Responded to inquiries from Preliminary Claimants and their representatives regarding the claims process;

    - Worked with banks, brokers and third-party filing firms to correct and finalize the electronic submissions to the Fair Fund;

    - Worked with the SEC to address various processing and eligibility issues; and

---

[1] All capitalized terms not otherwise defined herein shall have the meaning provided in the Plan.

- Received and responded to phone calls and emails from investors in FB common stock. RFS has now received and responded to 6,830 phone calls and 8,380 emails from FB investors; and

- Monitored and maintained the toll-free number, email account, and case website.

**2. RFS's Anticipated Next Steps**

After the filing of this status report, RFS expects it will continue to implement the Plan, including:

- Complete the review of the remaining claim submissions;

- Send Claim Status Notices to all Preliminary Claimants notifying them of the status of their claim;

- Send Claim Status Notices to a group of 180,000 claims submitted by a single third-party filing firm on behalf of a financial institution and its clients;

- Review deficiency responses from Preliminary Claimants;

- Continue to maintain and monitor the toll-free number, email account and case website;

- Respond to inquiries from Preliminary Claimants;

- Correspond with banks, brokers and third-party filing firms regarding their electronic claim filings on behalf of their clients; and

- File its next status report within thirty (30) days after the end of the next quarter pursuant to the Plan.

Dated: October 14, 2024

Respectfully submitted,

By: _____/s/_____

Brendan J. Manfreda
Managing Director
RCB Fund Services, LLC
Distribution Agent
bmanfreda@breedenco.com