UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **FACEBOOK, INC,** ) <br> ) <br> **Defendant.** ) <br> ) | **CIVIL ACTION** <br> <br> **Case No.  3:19-cv-04241-JD** |

### THE DISTRIBUTION AGENT'S THIRTEENTH STATUS REPORT

RCB Fund Services, LLC ("RFS"), the Distribution Agent[1] in the above-captioned matter, respectfully submits this thirteenth status report, pursuant to Paragraph 91 of the Distribution Plan for the Facebook[2] Fair Fund (the "Plan"), which was approved by this Court on April 25, 2022. This Court's August 17, 2020 Order appointed RFS as the Distribution Agent to administer and distribute the Facebook Fair Fund (the "Fair Fund"). The Plan requires that the Distribution Agent provide to the U.S. Securities and Exchange Commission ("SEC") staff quarterly status reports for filing with the Court. This status report details the progress that has been made from July 1, 2025 through September 30, 2025.

1. **The Distribution Agent's Progress During This Period**

   Since the twelfth status report, RFS has performed the following tasks:

   ➢ Received approximately 217,000 Claim Status Notice ("CSN") responses from Preliminary Claimants seeking to address deficiencies in their claims;

   ➢ Completed the review of over 70,000 CSN responses from Preliminary Claimants;

   ➢ Responded to inquiries from Preliminary Claimants and their representatives regarding the claims process;

   ➢ Worked with banks, brokers and third-party filing firms to correct and finalize the electronic submissions to the Fair Fund;

   ➢ Worked with the SEC to address various processing and eligibility issues;

---

[1] All capitalized terms not otherwise defined herein shall have the meaning provided in the Plan.
[2] Facebook, Inc. is now known as Meta Platforms, Inc.

1

- Received and responded to phone calls and emails from investors in Facebook common stock. RFS has now received and responded to over 14,100 phone calls and 19,000 emails from Facebook investors; and

- Monitored and maintained the toll-free number, email account, and case website.

**2. RFS's Anticipated Next Steps**

After the filing of this status report, RFS expects it will continue to implement the Plan, including:

- Complete the review of CSN responses from Preliminary Claimants;

- Engage an independent third-party firm pursuant to Paragraph 58 of the Plan;

- Continue to maintain and monitor the toll-free number, email account and case website;

- Respond to inquiries from Preliminary Claimants;

- Correspond with banks, brokers and third-party filing firms regarding their electronic claim filings on behalf of their clients; and

- File its next status report within twenty (20) days after the end of the next quarter pursuant to the Plan.

Dated: October 8, 2025

Respectfully submitted,

By: _____/s/_____

Brendan J. Manfreda
Managing Director
RCB Fund Services, LLC
Distribution Agent
bmanfreda@breedenco.com